IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00879-WDM-CBS

QFA ROYALTIES LLC and
QIP HOLDER LLC,

    Plaintiffs,

v.

A&D FOODS, INC.,
DAVID KABAT, and
BARBARA KABAT,

    Defendants.

## CONSENT DECREE AND ORDER

Miller, J.

    This matter is before me on the parties' joint motion to enter a stipulated consent order, filed June 8, 2006. The parties have agreed to settle this case and request the entry of a consent decree. Having reviewed the pertinent portions of the record in this case, including the joint motion and stipulated decree, I conclude that the terms of the consent decree are appropriate.

    Accordingly, it is ordered:

1. Defendants, their agents, servants and employees, and those people in active concert or participation with them are enjoined from:

    a. Using Quizno's Marks or any trademark, service mark, logo or trade name that is confusingly similar to Quizno's Marks;

        i. Otherwise infringing on Quizno's Marks or using any similar designation, alone or in combination with any other components;

      ii.      Passing off any of their products or services as those of Quizno's or its authorized franchisees;

      iii.     Causing a likelihood of confusion or misunderstanding as to the source or sponsorship of their businesses, products or services;

      iv.     Causing a likelihood of confusion or misunderstanding as to their affiliation, connection or association with Quizno's and its franchisees or any of Quizno's products or services; and

      v.      Unfairly competing with Quizno's or its franchisees in any manner.

2. For a period of two_ ( 2 ) years, Defendants are enjoined from having any direct or indirect interest in any submarine, hoagie, hero-type and/or deli-style sandwich restaurant located or operating within a five (5) mile radius of their former Quizno's Restaurant No. 4500 located at 31242 Harper Avenue, St. Claire Shores, Michigan 48082, or within a five (5) mile radius of any other Quiznos Sub Restaurant.

3. Defendants shall remove from the location (interior and exterior) of their former Quiznos Sub Restaurant and return all labels, signs, prints, packages, wrappers, receptacles, uniforms, logo items, and advertisements in the possession of Defendants, their affiliates, subsidiaries, officers, agents, servants and employees, and those people in active concert or participation with them bearing Quizno's Marks, and all plates, molds, and other means of making the same used in connection with Defendants' former Quizno's Restaurant No. 4500, if any, all at Defendants' cost.

4. Defendants shall eliminate their advertising under Quizno's Marks or any other

confusingly similar designations from all media including, but not limited to, newspapers, flyers, coupons, promotions, signs, menus, telephone books, telephone directory assistance listings and mass mailings used in connection with Defendants' former Quizno's Restaurant No. 4500, all at Defendants' cost.

5. Defendants shall perform their contractual post-termination obligations, including their obligation to:

   a. Take any and all necessary steps to cancel and/or transfer to Quizno's any telephone numbers associated with Quizno's Marks used in connection with the operation of Defendants' former Quizno's Restaurant No. 4500; and

   b. Return to Quizno's all operating manuals and other materials provided to Defendants in connection with the operation of their former Quizno's Restaurant No. 4500, and all materials bearing any of Quizno's Marks.

6. Defendants shall file with the Court and serve upon Quizno's counsel within ten (10) days after entry of this Order, a written report, under oath, setting forth in detail the manner in which it has complied with this Order.

7. Absent objection within ten (10) days of Defendants' filing its written report required by ¶ 6, this case shall be closed, with each party to bear its own costs and expenses.

DATED at Denver, Colorado, on June 9, 2006.

                            BY THE COURT:

                            s/ Walker D. Miller
                            United States District Judge