**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00879-WDM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: April 19, 2007** | **Courtroom Deputy:** Ben Van Dyke |

QFA ROYALTIES LLC, *et al.*,                               Leonard H. MacPhee, via telephone

    **Plaintiff,**

    v.

A&D FOODS , INC., *et al.*,                                     David L. Steinberg, via telephone

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:     11:34 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case and settlement with the Court.

**ORDERED:   The Unopposed Motion to Stay Proceedings Pending Resolution of Motion to Enforce Settlement Agreement [filed March 30, 2007; doc. 26] is granted for the reasons stated on the record.  All deadlines in this case are hereby stayed.  Counsel shall contact Magistrate Judge Shaffer's chambers within seventy-two (72) hours of a ruling on the Motion to Enforce Settlement Agreement.**

**ORDERED:   The Motion to Seal Motion to Enforce Settlement Agreement [filed March 30, 2007; doc. 27] is granted.  The Motion to Enforce Settlement Agreement shall be sealed.**

HEARING CONCLUDED.

**Court in Recess:      11:41**
Total In-Court Time:     00:07