IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   06-cv-00879-WDM-CBS

QFA ROYALTIES LLC AND
QIP HOLDER LLC,

　　　　Plaintiff(s),

v.

A&D FOODS, INC., et al.,

　　　　Defendant(s).
_____

**ORDER**
_____

　　　　This matter is before me on plaintiffs' Motion for Entry of Stipulated Judgment in accordance with the parties' settlement agreement which as been filed under seal. Being sufficiently advised in the premises, it is ordered:

　　　　1.  Judgment shall enter in favor of QFA Royalties LLC and QIP Holder LLC and against A&D Foods, Inc., David Kabat and Barbara Kabat, jointly and severally, in the amount of $7,000;

2.  Otherwise this case is dismissed with prejudice with each party to bear its own costs and fees.

DATED at Denver, Colorado on June 26, 2007

BY THE COURT:


s/ Walker D. Miller
United States District Judge